# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harmon, Melinda | U. S. District Court | 05/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
515 Rusk, Suite 9114
Houston
Texas 77002

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2014 | ExxonMobil Employment Pension | $14,227.92 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Partner, Crain, Caton & James Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | G | Int./Div. | P1 | T | | | | | |
| 2. --ExxonMobil | | | | | | | | | |
| 3. --Invesco Amer Franchise A | | | | | | | | | |
| 4. --Morgan Stanley Bank Deposit Program | | | | | | | | | |
| 5. IRA #2 | C | Int./Div. | L | T | | | | | |
| 6. --Morgan Stanley Bank Deposit Program | | | | | | | | | |
| 7. --Invesco Amer Franchise A | | | | | | | | | |
| 8. IRA #3 | E | Int./Div. | M | T | | | | | |
| 9. --Triumph Resources | | | | | | | | | |
| 10. --Zweig Total Return Fund Inc. | | | | | | | | | |
| 11. --Invesco Amer Franchise A | | | | | | | | | |
| 12. --Alliance Bernstein Large Cap Growth Fund, Class C | | | | | | | | | |
| 13. --Morgan Stanley Bank Deposit Program | | | | | | | | | |
| 14. LAW FIRM 401 K PROFIT SHARING PLAN | D | Int./Div. | O | T | | | | | |
| 15. REAL ESTATE, DALLAS, DALLAS COUNTY, TX PARCEL 1 | A | Rent | | | Sold | 01/27/14 | L | F | 1401 Elm St. Holdings, LLC |
| 16. REAL ESTATE, DALLAS, DALLAS COUNTY, TX PARCEL 2 | B | Rent | J | Q | | | | | |
| 17. EXTRAORDINARY LIFE POLICY, NORTHWESTERN MUTUAL | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harmon, Melinda | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NORTHWESTERN MUTUAL "65 LIFE" POLICY #1 | A | Dividend | J | T | | | | | |
| 19. NORTHWESTERN MUTUAL "65 LIFE" POLICY 2 | A | Dividend | J | T | | | | | |
| 20. NORTHWESTERN MUTUAL "65 LIFE" POLICY #3 | A | Dividend | J | T | | | | | |
| 21. ABT (X) | | None | J | T | | | | | |
| 22. ABBV (X) common | | None | K | T | | | | | |
| 23. MO (X) common | | None | J | T | | | | | |
| 24. CVX (X) common | A | Dividend | J | T | | | | | |
| 25. KO (X) common | A | Dividend | J | T | | | | | |
| 26. COP | | None | J | T | | | | | |
| 27. XOM (X) common | A | Dividend | K | T | | | | | |
| 28. JNJ (X) common | A | Dividend | K | T | | | | | |
| 29. MSFT (X) common | A | Dividend | J | T | | | | | |
| 30. PEP (X) common | | None | K | T | | | | | |
| 31. PM (X) common | | None | K | T | | | | | |
| 32. PG (X) common | | None | K | T | | | | | |
| 33. RDS.A (X) common | A | Dividend | J | T | | | | | |
| 34. TOT (X) common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Raymond James Bank Deposit Program (X) | A | Interest | J | T | | | | | |
| 36. Chase Checking | A | Interest | K | T | | | | | |
| 37. Chase Savings | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 14: Share in ABA Retirement Profit Sharing Plan. Participant's share is invested in the All Cap Index Equity Fund, a mutual fund and in a self-managed account investing in Dreyfus Appreciation Mutual Fund. I wish to report here that for the year 2011 I reported on Line 16 of Part VII that there was no reportable income from this retirement plan. In 2011, unknown to me, the self-managed fund was transferred into a separate Ameritrade account, which began sending statements that reflected the amount of the dividends earned by the Dreyfus Appreciation Mutual Fund. The statements from the ABA Retirement plan reported only values, not income. Because the transfer was unknown to me until recently, I was confused about the Ameritrade reports, but reported the 1012 and 2013 dividends in the FD R for those years because the values of the self-managed account, reflected in the ABA reports were identical to the value in the Ameitrade report.. Now that I have had time to conduct further research, it has become clear to me that I should have reported the Ameritrade dividends for the self-managed account as income in 2011. Line 16 in the 2011 FDR report should read as follows:

Year Description of Asset  B(1) Income Amount B(2) Type C(1) Gross Value Amount C(2) Value Method

| Year Description of Asset | B(1) Income Amount | B(2) Type | C(1) Gross Value Amount | C(2) Value Method |
|---|---|---|---|---|
| 2011 Law Firm 401(k) Profit Sharing Plan | C | dividend | O | T |

---

Line 16 Undivided 1/8 interest in a piece of property in Dallas, Dallas County, Texas.  Date of appraisal December 6, 1994.

---

Line 26 Should read "COP  (X)" common..  The computer would not allow me to enter anything but "COP."

---

Line 36, 37 From 2005 to 2010 and again from 2012 to date I have had an interest bearing checking account that I mistakenly thought was non-reportable.  I opened in 2012 a savings account.  I would like to correct the error by reporting, here, the information that should have been reported on these accounts in Part VII:

Year Description of Asset  B(1) Income Amount B(2) Type C(1) Gross Value Amount C(2) Value Method

| Year Description of Asset | B(1) Income Amount | B(2) Type | C(1) Gross Value Amount | C(2) Value Method |
|---|---|---|---|---|
| 2005: Chase Checking Account | A | interest | J | T |
| 2006 Chase Checking Account | A | interest | J | T |
| 2007 Chase Checking Account | A | interest | J | T |
| 2008 Chase Checking Account | A | interest | K | T |
| 2009 Chase Checking Account | A | interest | K | T |
| 2010 Chase Checking Account | None | K | T | |
| 2011 Chase Checking Account | None | K | T | |
| 2012 Chase Checking Account | A | interest | J | T |
| Chase Savings Account | A | interest | L | T |
| 2013 Chase Checking Account | A | interest | K | T |
| Chase Savings Account | A | interest | K | T |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 05/13/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Melinda Harmon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544